IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McGlounel, Charlie | Case Number: 04 B 46706 |
|---|---|---|
| | McGounel, Ethel | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 12/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: March 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,015.55 | |
| Secured: | | 17,773.91 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 1,047.64 |
| Other Funds: | | 0.00 |
| Totals: | 21,015.55 | 21,015.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,194.00 | 2,194.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 8,436.29 | 4,530.16 |
| 4. | General Motors Acceptance Corp | Secured | 23,044.09 | 12,668.04 |
| 5. | Option One Mortgage Corp | Secured | 1,370.84 | 575.71 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 551.37 | 0.00 |
| 7. | General Motors Acceptance Corp | Unsecured | 699.24 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 13.34 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 39.68 | 0.00 |
| 11. | SBC | Unsecured | 43.63 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 523.76 | 0.00 |
| 13. | Citibank USA | Unsecured | 57.30 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 134.60 | 0.00 |
| 15. | Fair Financial Services | Secured | | No Claim Filed |
| 16. | ADT Security Systems | Unsecured | | No Claim Filed |
| 17. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 18. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Doubleday Book Club | Unsecured | | No Claim Filed |
| 21. | Van Emdem, Busch | Unsecured | | No Claim Filed |
| 22. | Silkies | Unsecured | | No Claim Filed |
| 23. | Sam's Club | Unsecured | | No Claim Filed |
| 24. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 25. | Fair Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McGlounel, Charlie<br>McGounel, Ethel<br>Printed: 9/30/08 | Case Number: 04 B 46706<br>Judge: Wedoff, Eugene R<br>Filed: 12/20/04 |

```
                              _____     _____
                              $ 37,128.14    $ 19,967.91
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 48.66 |
| 4% | 101.15 |
| 3% | 58.49 |
| 5.5% | 253.67 |
| 5% | 71.62 |
| 4.8% | 158.54 |
| 5.4% | 355.51 |
| | _____ |
| | $ 1,047.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mach_____